

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liubov Dias, an individual,<br><br>Plaintiff,<br><br>V.<br><br>Burberry Limited, a New York Business Corporation; Bradley Moore an individual; Does 1-25, inclusive,<br><br>Defendant. | Civil Action No. 21-cv-00192-MMA-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies Plaintiff's motion to remand and grants Defendants' motion to compel arbitration. Therefore, the Court orders the parties to proceed to arbitration in accordance with the terms of the Agreement and dismisses this action.

Date:    6/9/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ T. Ferris

T. Ferris, Deputy